```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  SHAKUFF LLC,

                      Plaintiff,           MEMORANDUM & ORDER
                                           23-CV-123 (EK)(JRC)
              -against-

  SHAKUFF CUSTOM GLASS LIGHTING INC.,

                      Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Cho's Report and Recommendation (R&R) dated March 7, 2025.  ECF No. 35.  Judge Cho recommends that the Court (1) enter default judgment against the defendant for using the "Shakuff" trademark in violation of federal and New York law; (2) permanently enjoin the defendant from further violations of the plaintiff's trademark rights; and (3) order the defendant to cease using the "Shakuff" trademark.  Judge Cho also recommends denying the plaintiff's request that the Court direct the New York Secretary of State to dissolve the defendant's corporate name.

        Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Cho's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983

addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

      Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, the Court (1) enters default judgment against the defendant; (2) enjoins the defendant from any further violations of the plaintiff's trademark rights; and (3) orders the defendant to cease using the "Shakuff" trademark.  The Court declines to direct the New York Secretary of State to dissolve the defendant's corporate name.

      The Clerk of Court is respectfully directed to enter judgment and close this case.

SO ORDERED.

      /s/ Eric Komitee
      ERIC KOMITEE
      United States District Judge

Dated:    April 1, 2025
          Brooklyn, New York